IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONNIE L. HENLEY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1787

_____/

Opinion filed May 27, 2015.

An appeal from an order of the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Ronnie L. Henley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Appellant filed a notice of appeal, pursuant to Florida Rule of Appellate Procedure 9.420(a)(2)(A), on April 10, 2015, seeking review of an order denying post-conviction relief that had been filed with the clerk of the lower tribunal on March 6, 2015, and served March 11, 2015. The time to appeal runs from the date of rendition of the order to be reviewed, Fla. R. App. P. 9.110(b); Fla. R. App. p.

9.141(b)(1), which is the date the order is filed with the clerk, Fla. R. App. P. 9.020(i). Accordingly, appellant's notice of appeal was not filed within 30 days of rendition of the order denying post-conviction relief and it failed to timely invoke the Court's jurisdiction. DISMISSED.

BENTON, CLARK, and MAKAR, JJ., CONCUR.